# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:22CR28 (SVN) |
| | : | |
| v. | : | |
| | : | |
| JASHON SPEARMAN | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, Jashon Spearman has plead guilty to Count One of the Indictment in this case, which charges him with conspiracy to possess with intent to distribute five kilograms or more of cocaine, 40 grams or more of fentanyl, and a quantity of heroin and cocaine base, in violation of 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(A), (b)(1)(B), and (b)(1)(C).

WHEREAS, the Court finds, based on the full record of this case including the plea agreement, Presentence Report and sentencing hearing conducted in this case on January 31, 2024, that the United States of America ("Government") has established the requisite nexus between the below-referenced property and the offenses to which the defendant has pleaded guilty;

WHEREAS, on September 28, 2023, this Court entered a Preliminary Order of Forfeiture;

And whereas, pursuant to 21 U.S.C. § 853(n), for at least 30 consecutive days, beginning on October 06, 2023, and ending on December 05, 2023, the United States published on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General

1

may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), that all right, title and interest that the defendant may have in certain property seized in connection with this matter

(1) $30,361.70 in U.S. Currency seized on February 4, 2022;

(2) Black Honda Accord bearing Connecticut registration BA62181, with VIN number 1HGCR3F89EA029985 registered to Jashon Spearman, in New Haven;

(3) $750,400 in cash seized from 2006 Honda Ridgeline (silver) bearing Connecticut registration AW59850, with VIN number 2HJYK16566H562376T, registered to Jashon Spearman in New Haven;

(4) Assorted jewelry further detailed in the appraisal attached hereto as an exhibit which were seized from the 2006 Honda Ridgeline (silver) bearing Connecticut registration AW59850, with VIN number 2HJYK16566H562376T, registered to Jashon Spearman in New Haven, to wit;

  (a) 14 karat gold-linked chain, domed cub linked design, 22.5" long and weighing approximately 240 grams;

  (b) Gents 14 karat yellow gold clustered ring with three circles of diamonds with total diamond weight of 1.25 karats and total weight of 12 grams;

  (c) 14 karat gold bracelet, approximately .20 mm wide, domed curb link designed 8" long and weighing approximately 234 grams;

  (d) 14 karat yellow gold chain, 22" long, 6 mm wide, and weighing approximately 57 grams,

(e) 14 karat two tone double cross, 35.75 by 22.65 and weighing approximately 1.6 grams

(f) 14 karat yellow gold chain, domed curb link design, weighing approximately 365 grams; and

(g) 14 karat yellow gold round picture frame with 58 diamonds weighing approximately 2.75 in diamonds and total weight of 98 grams.

(5) 2006 Honda Ridgeline (silver) bearing Connecticut registration AW59850, with VIN number 2HJYK16566H562376T, registered to Jashon Spearman in New Haven;

(6) 2020 Honda Accord (black) bearing Connecticut registration AZ66738, with VIN number 1HGCV2F31LA013299, registered to Jashon Spearman in New Haven, CT;

(7) $1,887 in cash seized from 97 Ward Street, Third Floor, New Haven, CT on or about December 8, 2022;

(8) One Smith and Wesson, 9mm model M&P pistol, serial number HTT9166 with magazine seized from the gray Honda Ridgeline (silver), bearing Connecticut registration AW59850, with VIN number 2HJYK16566H562376T, registered to Jashon Spearman in New Haven;

(9) One Glock 42, 380 caliber pistol, serial number AATH955 with magazine seized from the 2020 Honda Accord (black), bearing Connecticut registration AZ66738, with VIN number 1HGCV2F31LA013299, registered to Jashon Spearman in New Haven, CT;

(10) One Taurus 709, 9mm pistol, serial number TKN04414 with magazine seized from the 2020 Honda Accord (black), bearing Connecticut registration, AZ66738, with VIN number 1HGCV2F31LA013299, registered to Jashon Spearman in New Haven, CT;

(11) One Glock 19X, 9mm pistol, serial number BPEE466 with magazine seized from the Honda Accord (black), bearing Connecticut registration, AZ66738,

      with VIN number 1HGCV2F31LA013299, registered to Jashon Spearman in New Haven, CT; and

   (12) One Glock 27, 40 caliber pistol, serial number KTP735 with magazine seized from the Honda Accord (black), bearing Connecticut registration, AZ66738, with VIN number 1HGCV2F31LA013299, registered to Jashon Spearman in New Haven, CT.

is hereby condemned and forfeited to the United States of America.

    That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law.

    SO ORDERED this 6th day of February, 2024 at Hartford, Connecticut.

_____
HONORABLE SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE